UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 1 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

------------------------------------------------------------X
BRENDA SAPIR, ET AL.,             :
                                  :
            Plaintiffs,           :   CIVIL ACTION
                                  :
vs.                               :   NO. 99-8086-CIV-JORDAN
                                  :
DELPHI VENTURES, ET AL.,          :   CLASS ACTION
                                  :
            Defendants.           :
------------------------------------------------------------X

### ORDER APPROVING CLAIMS ADMINISTRATOR'S REPORT AND DISTRIBUTION OF THE SETTLEMENT FUND

AND NOW, this __12th__ day of __June__, 2002, upon consideration of the Plaintiffs' Motion to Approve Claims Administrator's Report and Distribute the Settlement Fund,[1] the Affidavit of Edward J. Sincavage in support thereof, and the prior proceedings herein, it is hereby ORDERED as follows:

1. The Report of Heffler, Radetich & Saitta L.L.P., 1515 Market St., Suite 1700, Philadelphia, PA 19102-1964 ("Claims Administrator") is hereby approved.

2. The Claims Administrator is hereby directed to distribute the net Settlement Fund to eligible Class members in accordance with said Report as promptly as the business of its office permits, after making the payments specified in paragraph 3 below.

3. The Court hereby approves the following payments from the net Settlement Fund: $13,672.82 to the Claim Administrator for the balance of its fees and expenses

---

[1] All capitalized terms not otherwise defined have the meanings ascribed to them in the Stipulations and Agreements of Settlement dated, respectively, March 6, 2001 covering all defendants and related persons except Ernst & Young (the "March 6 Stipulation"), and July 12, 2001 covering Ernst & Young (the "July 12 Stipulation").

for its services in this litigation; and $9,596.32 to the Smith-Edwards-Dunlap Co. for costs in providing notice to Class members.

    4.    The Court directs that, after one year following the initial distribution of the net Settlement Fund to Authorized Claimants, and after appropriate efforts have been taken to locate and distribute funds to the Authorized Claimants, Plaintiffs' Counsel is authorized to distribute any unclaimed monies remaining in the net Settlement Fund to one or more charitable and non-profit organizations to be designated by Plaintiffs' Counsel.

    5.    One year following the initial distribution of the net Settlement Fund to Authorized Claimants, the Claims Administrator may destroy all Proof of Claim forms and related correspondence. Notwithstanding the foregoing, the Claims Administrator shall retain all administrative records, including its list of claimants and its computer database and programs used to create the list of claimants, for a period of three (3) years after the initial distribution of the net Settlement Fund.

    6.    The Claims Administrator, Plaintiffs' Counsel, and their respective members, shareholders and employees are hereby released from any claims or liability by, to or from any Class member or any other person in connection with the processing of Proofs of Claim filed in this litigation and the distribution of the Settlement Fund in connection therewith that has been undertaken pursuant to the Orders of this Court.

Dated: _____June 12_____, 2002      _____
                                                                   The Honorable Adalberto Jordan
                                                                   United States District Judge

349455_01.wpd

February 11, 2002

### NOTICE TO ATTORNEYS AND LITIGANTS

Please be advised that effective February 25, 2002, the chambers of Judge Jordan will fully implement and utilize the Court's FAXBACK program. The Clerk's office will fax orders, notices and judgments to all counsel of record and pro se parties who have provided their fax number to the Court. In the event a party does not have a fax machine, the Clerk's office will send the orders, etc. via U.S. Mail. If you have a fax machine but have not been receiving your orders by fax, please complete the response form provided by the Clerk's office and fax the form to the Clerk's office at 305.523.5226. The FAXBACK program eliminates the need to submit stamped, self-addressed envelopes.

All filings as of February 25, 2002 must include a current service list on a separate page with the following information for each party.

Name of Attorney or *Pro Se* party
Firm Name
Mailing Address
Phone Number
Fax Number

Counsel for _____

For more information, please call 305.523.5212.